AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) Barrett, Michael R. | **2. Court or Organization** U.S. District Court | **3. Date of Report** 5/3/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | **5a. Report Type** (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2010 to 12/31/2010 |
| **7. Chambers or Office Address** Potter Stewart US Courthouse 100 East 5th Street, Room 239 Cincinnati, Ohio 45202 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ▓▓▓▓▓▓▓ Trust |
| 2. Partner | Old Walnut Company |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Barrett, Michael R.**

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | US Bank IRA Account | D | Dividend | N | T | | | | | |
| 2. | - Am. Century Sm. Cap (mutual fund) | | | J | T | | | | | |
| 3. | - Am. Century Equity Income (mutual fund) | | | J | T | | | | | |
| 4. | - Blackrock Basic Value Fund Inc. (mutal fund) | | | K | T | | | | | |
| 5. | - Eaton Vance Large Cap CI A (mutal fund) | | | K | T | | | | | |
| 6. | - Fidelity Ad' International Discovery (mutal fund) | | | J | T | Buy (add'l) | 05/12/10 | J | | |
| 7. | - Fidelity Ad' International Discovery (mutual fund) | | | | | Sold | 05/18/10 | J | | |
| 8. | - Fidelity Investment Tr. Ad Intl Discovery (mutual fund) | | | J | T | Buy | 05/18/10 | J | | |
| 9. | - Nuveen Inflation Pro Sec (bond) | | | J | T | | | | | |
| 10. | - Nuveen Core Bond Fd (bond) | | | K | T | | | | | |
| 11. | - Nuveen Large Cap (mutal fund) | | | J | T | | | | | |
| 12. | - Nuveen Mid Cap (mutal fund) | | | J | T | | | | | |
| 13. | - Nuveen Mid Cap Value (mutal fund) | | | J | T | | | | | |
| 14. | - Nuveen Real Estate Sec. Fund (mutal fund) | | | J | T | | | | | |
| 15. | - Nuveen Small Cap Select (mutal fund) | | | J | T | | | | | |
| 16. | - Nuveen Small Cap Value (mutal fund) | | | J | T | | | | | |
| 17. | - Laudus Rosen International (mutal fund) | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  - Laudus Rosen International Mktermasters (mutual fund) | | | | | Sold | 05/12/10 | J | | |
| 19.  - T. Rowe Price Mid Cap Value (mutal fund) | | | J | T | | | | | |
| 20.  - T. Rowe Price Value Fund (mutal fund) | | | K | T | | | | | |
| 21.  - T. Rowe Price Equity (mutual fund) | | | J | T | | | | | |
| 22.  - First American Treasury (cash account) | | | L | T | | | | | |
| 23.  Procter & Gamble (common stock) | D | Dividend | L | T | Sold (part) | 09/07/10 | M | | |
| 24.  Old Walnut Co. (Partnership) | D | Dividend | N | T | | | | | |
| 25.  Western Southern Life Ins. Co. | | None | K | W | | | | | |
| 26.  J.M. Smucker (Common stock) | A | Dividend | J | T | | | | | |
| 27.  St. Martin Association | | None | J | W | | | | | |
| 28.  Michael R. Barrett Foundation | B | Dividend | K | T | | | | | |
| 29.  - Procter & Gamble (Common Stock) | | | K | T | | | | | |
| 30.  - First American Treasury (cash) | | | J | T | | | | | |
| 31.  US Bank Agency Account | D | Dividend | P1 | T | | | | | |
| 32.  - First American Treasury (Cash) | | | O | T | | | | | |
| 33.  - Nuveen Core Bond (bonds) | | | J | T | | | | | |
| 34.  - Nuveen Inflation (bonds) | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Abbott Labs (Common stock) | | | L | T | | | | | |
| 36. - Procter & Gamble (common stock) | | | M | T | Buy | 09/07/10 | M | | |
| 37. - Eaton Vance Lg Cap Value (mutual fund) | | | J | T | | | | | |
| 38. - Fidelity Ad. Int'l Disc. (mutual fund) | | | J | T | Buy (add'l) | 05/12/10 | J | | |
| 39. - Nuveen Lg. Cap Value (mutual fund) | | | J | T | | | | | |
| 40. -Nuveen Mid Cap Value (mutual fund | | | J | T | | | | | |
| 41. - Nuveen Real Estate Sec. Fund (mutual fund | | | J | T | | | | | |
| 42. - Nuveen Small Cap. Select (mutual fund) | | | J | T | | | | | |
| 43. - Laudus Int'l Maketmasters (mutual fund) | | | | | Sold | 10/19/10 | J | | |
| 44. - Laudus Int'l Marketmasters Fd Select (mutual) | | | J | T | Buy | 10/19/10 | J | | |
| 45. - Laudus Rosen Int'l (mutual fund) | | | | | Sold | 05/12/10 | J | | |
| 46. - T. Rowe Price Mid Cap (mutual fund) | | | J | T | | | | | |
| 47. - T. Rowe Price Value (mutual fund) | | | J | T | | | | | |
| 48. Trust # 1 | D | Dividend | N | T | | | | | |
| 49. - First American Treasury (cash) | | | K | T | Buy (add'l) | 08/05/10 | J | | |
| 50. - Nuveen Total Return (bond) | | | K | T | | | | | |
| 51. - Amgen, Inc. (Common stock) | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Apache Corp. (Common stock) | | | J | T | | | | | |
| 53.  - Apple, Inc. (Common stock) | | | K | T | | | | | |
| 54.  - Bank of America (Common stock) | | | J | T | | | | | |
| 55.  - Boeing Co. (Common stock) | | | J | T | | | | | |
| 56.  - Cintas Corp. (Common stock) | | | J | T | | | | | |
| 57.  - Cicso Systems (Common stock) | | | J | T | | | | | |
| 58.  - DuPont El De Nemours (Common stock) | | | J | T | | | | | |
| 59.  - Exxon Mobil Corp. (Common Stock) | | | J | T | | | | | |
| 60.  - Hillenbrand Inc. (Common stock) | | | J | T | | | | | |
| 61.  - Hill Rom Holdings (Common stock) | | | J | T | | | | | |
| 62.  - Intel Corp. (Common stock) | | | J | T | | | | | |
| 63.  - Morgan Stanley (Common stock) | | | J | T | | | | | |
| 64.  - Motorola, Inc. (Common stock) | | | J | T | | | | | |
| 65.  - Omnicom Group (Common stock) | | | J | T | | | | | |
| 66.  - Pepsico, Inc. (Common stock) | | | J | T | | | | | |
| 67.  - Procter & Gamble (Common stock) | | | J | T | | | | | |
| 68.  - Starbucks (Common stock) | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Texas Instrument (Common stock) | | | J | T | | | | | |
| 70. - US Bancorp (Common stock) | | | J | T | | | | | |
| 71. - United Health Group (Common stock) | | | J | T | | | | | |
| 72. - Three M Co. (Common stock) | | | J | T | | | | | |
| 73. - America Movel (Foreign stock) | | | J | T | | | | | |
| 74. - Novartis AG ADR (Foreign stock) | | | J | T | | | | | |
| 75. - Schlumberger Ltd. (Foreign stock) | | | J | T | | | | | |
| 76. - American Century Sm. Cap (mutual fund) | | | J | T | | | | | |
| 77. - Barclays Ipath Dow Jones AIG (mutual fund) | | | J | T | | | | | |
| 78. - Blackrock Capital (mutual fund) | | | K | T | | | | | |
| 79. - Eaton Vance Lg. Cap Value (mutual fund) | | | K | T | | | | | |
| 80. - Nuveen Mid Cap Growth (mutual fund) | | | J | T | | | | | |
| 81. - Nuveen Mid Cap Value (mutual fund) | | | J | T | | | | | |
| 82. - Nuveen R.E. Sec (mutual fund | | | J | T | | | | | |
| 83. - Nuveen Sm. Cap Select (mutual fund) | | | J | T | | | | | |
| 84. - Ishares Msci Emerging Mkts Index (mutual fund) | | | J | T | | | | | |
| 85. - Laudus Int'l Marketmasters (mutual fund) | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Landus Rosen Int'l (mutual fund) | | | | | Sold | 08/05/10 | J | | |
| 87. - T. Rowe Price Int'l Growth (mutual fund) | | | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
         P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal    R =Cost (Real Estate Only)  S =Assessment    T =Cash Market
(See Column C2)   U =Book Value   V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

1. Lines 9 & 34 - Nuveen Inflation Pro Sec (Bond), formerly known as First American Inflation Pro Sec.

2. Lines 10 & 33 - Nuveen Core Bond Fund (Bond), formerly known as First American Core Bond Fund.

3. Line 50 - Nuveen Total Return Bond (Bond), formerly known as First American Total Return Bond.

4. Lines 11 & 39 - Nuveen Large Cap (Mutual Fund), formerly known as First American Large Cap.

5. Lines 12, 40 & 80 - Nuveen Mid Cap (Mutual Fund), formerly known as First American Mid Cap.

6. Lines 13 & 81 - Nuveen Mid Cap Value (Mutual Fund), formerly known as First American Mid Cap Value.

7. Lines 14, 41 & 82 - Nuveen Real Estate Sec. Fund (Mutual Fund), formerly known as First American Real Estate Sec. Fund.

8. Lines 15, 42 & 83 - Nuveen Small Cap Select (Mutual Fund), formerly known as First American Small Cap Select Fund.

9. Line 16 - Nuveen Small Cap Value (Mutual Fund), formerly known as First American Small Cap Value Fund.

10. Line 77 - iPath Dow Jones/American International Group Commodity Index Fund changed its name to Barclay's iPath Dow Jones Commodity Index Fund.

11. Line 78 - Blackrock Fundamental Fund merged with a couple of funds resulting in a new fund named Blackrock Capital Appreciation Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Michael R. | 5/3/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544